AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Alejandro Doroteo-Chavez

**JUDGMENT IN A CIVIL CASE**

Petitioner, ⊡

v.

Case Number: 2:26-cv-00049-RFB-DJA

Noem et al

Respondents. ⊡

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Petitioner, Alejandro Doroteo-Chavez and against Respondents, Kristi Noem, Pam Bondi, Todd Lyons, Warden Henderson Detention Center, Bryan Wilcox, United States Department of Homeland Security, United States Immigration and Customs Enforcement.

04/16/2026

Date

DEBRA K. KEMPI

Clerk

/s/ MAM ⊡

Deputy Clerk